

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2018

No. 04-18-00530-CV

**IN RE** Bertha Bermea **SANCHEZ**

Original Mandamus Proceeding[1]

## ORDER

Sitting:    Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Luz Elena D. Chapa, Justice

The Real Party in Interest's Unopposed Motion to Extend Time to File Response is hereby GRANTED. Time is extended to August 30, 2018.

It is so **ORDERED** on this 17th day of August, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-01-30519-MCVAJA, styled *Marisol Perez Sotelo v. Bertha Bermea Sanchez*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.